Brian P. Dolin - 182971
JACOBSEN McELROY BOOTH & DOLIN PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Tel. (916) 971-4100
Fax (916) 971-4150
ESERVICE@jacobsenmcelroy.com

Attorneys for Defendants
COSTCO WHOLESALE CORPORATION (erroneously sued herein as "COSTCO WHOLESALE
CORPORATION dba COSTCO") and COSTCO WHOLESALE
MEMBERSHIP, INC. (erroneously sued herein as "COSTCO WHOLESALE MEMBERSHIP, INC.
dba COSTCO")

David B. Rosenberg
Silberman & Lam, LLP
1119 N. Bush St.
Santa Ana, CA 92701-3736
Tel: (714) 453-6500
dr@silbermanlam.com

Attorney for Plaintiff THOMAS FIELD

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS FIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION dba COSTCO, ET AL.,<br><br>    Defendant. | Case No.:    2:26-CV-00440-DJC-JDP<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Superior Court Action Filed: 01/07/26 |

1

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program and request VDRP completion timeline within 90 days.  This election is sought by the parties with a good faith intent to resolve this matter through VDRP and in compliance with this Court's orders.

Respectfully submitted:

DATED: June 12, 2026              By:   */s/ Brian P. Dolin*

Brian P. Dolin
Attorneys for Defendants COSTCO WHOLESALE CORPORATION (erroneously sued herein as "COSTCO WHOLESALE CORPORATION dba COSTCO") and COSTCO WHOLESALE MEMBERSHIP, INC. (erroneously sued herein as "COSTCO WHOLESALE MEMBERSHIP, INC. dba COSTCO")

DATED: June 12, 2026              By:   */s/ David B. Rosenburg*

David B. Rosenburg
Attorneys for Plaintiff THOMAS FIELD

IT IS SO ORDERED.

Dated:  June 22, 2026              /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE
RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271